## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **MARCUS LOVE and DANYA LOVE,**<br><br>      **Plaintiffs,**<br><br>**v.**<br><br>**ERIE INSURANCE COMPANY,**<br><br>      **Defendant.** | **Docket No. 1:17-cv-01018**<br>**JURY DEMAND** |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS DATE** came the parties in the above-captioned cause and stated unto the Court that all issues had been resolved by way of compromise, and they jointly requested that the Court enter a judgment of dismissal with prejudice.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the within action brought by Marcus Love and Dayna Love, be and the same is hereby dismissed with prejudice.

By consent, all costs of the cause, excluding discretionary costs, are taxed to the Defendant, for which execution may issue.  No discretionary costs will be applied for or awarded.

IT IS SO ORDERED, this 23rd day of June, 2017.

**s/ J. DANIEL BREEN**
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE